DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN DAVIDSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1027

[June 21, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 02-17953CF10A.

Steven Davidson, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***